IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| VINCENT ZAHORIK § | |
| § | |
| V. § | CIVIL ACTION NO. G-13-248 |
| § | |
| TRACY TROTT, ET AL. § | |

## FINAL JUDGMENT

Today the Court granted the "Motion to Dismiss" of Defendants, Colonel Tracy Trott, Captain Victor Donoho, Captain Mark Sanford, Lieutenant Dan Moore, Lieutenant Mike Hamilton, Sergeant Ron Meyer, Trooper Bradley Aktinson, Henderson County Circuit Court Clerk Beverly Dunaway, Assistant District Attorney for the 26th Judicial District of Tennessee Angela Scott, and District Attorney General for the 26th Judicial District of Tennessee James G. Woodall (collectively, the "Tennessee Defendants") and the "Motion to Dismiss" of Defendants, Jeremy Kylen, Mark Pilsner, Gilbert Gomez, Henry Porretto and the City of Galveston, Texas (collectively, the "Texas Defendants") and dismissed the complaint of Plaintiff, Vincent Zahorik.

It is, therefore, **ORDERED and ADJUDGED** that Plaintiff, Vincent Zahorik, **TAKE NOTHING** from the Tennessee Defendants, that all claims asserted by Plaintiff, Vincent Zahorik, against the Tennessee Defendants are **DISMISSED for lack of personal jurisdiction** and that the Tennessee Defendants **RECOVER their costs** from Plaintiff, Vincent Zahorik.

It is further **ORDERED and ADJUDGED** that Plaintiff, Vincent Zahorik, **TAKE NOTHING** from the Texas Defendants, that all claims asserted by Plaintiff, Vincent Zahorik, against the Texas Defendants are **DISMISSED with prejudice to being reasserted until the conditions of** Heck v. Humphrey**, 512 U.S. 477 (1994), are met** and that the Texas Defendants **RECOVER their costs** from Plaintiff, Vincent Zahorik.

**THIS IS A FINAL AND APPEALABLE JUDGMENT.**

**DONE** at Galveston, Texas, this ____15th____ day of April, 2014.

_/s/ John R. Froeschner_
John R. Froeschner
United States Magistrate Judge